```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500063092
Cashier ID: krose
Transaction Date: 09/22/2017
Payer Name: John OConnor
-----------------------------------
MISCELLANEOUS PAPERS
 For: John OConnor
 Case/Party: D-OKW-5-17-CV-001019-001
 Amount:        $47.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $47.00
-----------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

Misc. Filing fee CIV-17-1019-D


Return check fee $53
```