IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:  September 25, 2017

| | | |
|---|---|---|
| Twitter, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-17-1019-D |
| | ) | |
| Covenant Financial Services, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

Case transferred to    Judge Vicki Miles-LaGrange

HEREAFTER, PLEASE REFER TO CASE AS CIV-17-1019-M

Please note that for future filings in this case, **the letter at the end of the number should now be an "M" rather than a "D".**  This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Judge Timothy D. DeGiusti we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:  /s/  Mike Bailey
        Deputy Clerk

cc:     counsel of record