## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TWITTER, INC.,

               Plaintiff,

   v.

COVENANT FINANCIAL SERVICES, LLC,

               Defendant.

Case No. 17-cv-1019-M

### ENTRY OF APPEARANCE

William W. O'Connor, of the law firm Newton, O'Connor, Turner & Ketchum, PC, hereby enters his appearance on behalf of the Plaintiff Twitter, Inc.

               Respectfully Submitted,

               s/William W. O'Connor
               William W. O'Connor, OBA No. 13200
               Jerrick L. Irby, OBA No. 3087
               Margo E. Shipley, OBA No. 32118
               NEWTON, O'CONNOR, TURNER AND KETCHUM, PC
               15 West Sixth Street, Suite 2700
               Tulsa, Oklahoma 74119
               Telephone: (918) 587-0101
               Facsimile: (918) 587-0102
               boconnor@newtonoconnor.com
               jirby@newtonoconnor.com
               mshipley@newtonoconnor.com

               **ATTORNEYS FOR TWITTER, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of September, 2017, a true and correct copy of the foregoing document was served via U.S. mail, postage prepaid, to:

Samuel E. Joyner
CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202-7211

**ATTORNEY FOR COVENANT FINANCIAL SERVICES, LLC**

                                      s/William W. O'Connor
                                      William W. O'Connor