IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

TWITTER, INC.,

                Plaintiff,

v.

COVENANT FINANCIAL SERVICES, LLC,

                Defendant.

Case No. 17-cv-1019-M

## CORPORATE DISCLOSURE STATEMENT OF TWITTER, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Twitter, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
NEWTON, O'CONNOR, TURNER AND KETCHUM, PC
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119
Telephone: (918) 587-0101
Facsimile: (918) 587-0102
boconnor@newtonoconnor.com
jirby@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR TWITTER, INC.**

1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of September, 2017, a true and correct copy of the foregoing document was served via U.S. mail, postage prepaid, to:

Samuel E. Joyner
CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202-7211

**ATTORNEY FOR COVENANT FINANCIAL SERVICES, LLC**

        s/William W. O'Connor
        William W. O'Connor