# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TWITTER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>COVENANT FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Case No. 17-cv-1019-M |

## ENTRY OF APPEARANCE

Jerrick L. Irby, of the law firm Newton, O'Connor, Turner & Ketchum, PC, hereby enters his appearance on behalf of the Plaintiff Twitter, Inc.

       Respectfully Submitted,

       s/Jerrick L. Irby
       William W. O'Connor, OBA No. 13200
       Jerrick L. Irby, OBA No. 30876
       Margo E. Shipley, OBA No. 32118
       NEWTON, O'CONNOR, TURNER AND KETCHUM, PC
       15 West Sixth Street, Suite 2700
       Tulsa, Oklahoma 74119
       Telephone: (918) 587-0101
       Facsimile: (918) 587-0102
       boconnor@newtonoconnor.com
       jirby@newtonoconnor.com
       mshipley@newtonoconnor.com

       **ATTORNEYS FOR TWITTER, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of September, 2017, a true and correct copy of the foregoing document was served via U.S. mail, postage prepaid, to:

Samuel E. Joyner
CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202-7211

**ATTORNEY FOR COVENANT FINANCIAL SERVICES, LLC**

                                                s/Jerrick L. Irby
                                                Jerrick L. Irby