## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TWITTER, INC.,

               Plaintiff,

    v.

COVENANT FINANCIAL SERVICES, LLC,

               Defendant.

Case No. 17-cv-1019-M

### ENTRY OF APPEARANCE

Margo E. Shipley, of the law firm Newton, O'Connor, Turner & Ketchum, PC, hereby enters her appearance on behalf of the Plaintiff Twitter, Inc.

Respectfully Submitted,

s/Margo E. Shipley
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
NEWTON, O'CONNOR, TURNER AND KETCHUM, PC
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119
Telephone: (918) 587-0101
Facsimile: (918) 587-0102
boconnor@newtonoconnor.com
jirby@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR TWITTER, INC.**

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2017, a true and correct copy of the foregoing document was served via U.S. mail, postage prepaid, to:

Samuel E. Joyner
CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202-7211

**ATTORNEY FOR COVENANT FINANCIAL SERVICES, LLC**


 s/Margo E. Shipley
Margo E. Shipley