# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> COVENANT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Case No. 17-cv-1019-D |

**TWITTER, INC.'S MOTION TO DEEM MOTION TO COMPEL CONFESSED**

Pursuant to LCvR 7.1(g), Twitter, Inc. ("Twitter) respectfully requests the Court deem its Motion to Compel Covenant Financial Services, LLC ("CFS") to Produce Documents Pursuant to FED. R. CIV. P. 45 ("Motion to Compel") [Doc. No. 1] confessed. The deadline for CFS to respond to Twitter's Motion to Compel has passed and CFS has filed no response brief. In further support of this Motion, Twitter states as follows:

1. On September 21, 2017, Twitter filed its Motion to Compel. [Doc. No. 1].

2. Pursuant to LCvR 7.1(g), Timing of Response Briefs, "[e]ach party opposing a motion shall file a response within 21 days after the date the motion was filed. Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed."

3.     Accordingly, pursuant to Rule 7.1(g), CFS's deadline to file a response in opposition to Twitter's Motion to Compel was October 12, 2017. That date has passed and CFS has neither filed a response in opposition to Twitter's Motion to Compel nor sought additional time within which to respond.

4.     Therefore, pursuant to LCvR 7.1(g), Twitter respectfully requests that the Court deem its Motion to Compel confessed due to CFS's failure to respond within the time period allotted by the Local Rules. *See also Lewis v. United States*, Case No. CIV-09-236-D, 2009 U.S. Dist. LEXIS 52440, *5-6 (W.D. Okla. June 18, 2009) (deeming the defendants' motion confessed pursuant to LCvR 7.1(g) where the plaintiff failed to either respond or request an extension of time within the deadline imposed by local rules); *Payn v. Kelly*, Case No. CIV-15-1089-D, 2016 U.S. Dist. LEXIS 50239, *3 (W.D. Okla. Apr. 14, 2016) ("Pursuant to LCvR7.1(g) and Plaintiff's failure to respond to the Motions, the Court deems the Motions confessed.").

## CONCLUSION

Based on the foregoing, Twitter respectfully asks that the Court deem its Motion to Compel confessed pursuant to LCvR 7.1(g) and order CFS to immediately produce all responsive documents, along with any other relief

required by justice and equity.

                          Respectfully Submitted,

                          <u>s/William W. O'Connor</u>
                          William W. O'Connor, OBA No. 13200
                          Jerrick L. Irby, OBA No. 30876
                          Margo E. Shipley, OBA No. 32118
                          NEWTON, O'CONNOR, TURNER AND KETCHUM, PC
                          15 West Sixth Street, Suite 2700
                          Tulsa, Oklahoma 74119
                          Telephone: (918) 587-0101
                          Facsimile: (918) 587-0102
                          boconnor@newtonoconnor.com
                          jirby@newtonoconnor.com
                          mshipley@newtonoconnor.com

                          **ATTORNEYS FOR TWITTER, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2017, a true and correct copy of the foregoing document was served via U.S. Certified Mail, Return Receipt Requested, to:

Sam Joyner, Esq.
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202

Mark Howland, Esq.
CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202-7211

**ATTORNEYS FOR COVENANT FINANCIAL SERVICES, LLC**

                                        s/William W. O'Connor
                                        William W. O'Connor