# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TWITTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-17-1019-M |
| | ) |
| COVENANT FINANCIAL SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## MINUTE ORDER

On October 31, 2017, plaintiff filed a Motion to Deem Motion to Compel Confessed [docket no. 8]. Upon review of the court file, it is unclear whether defendant was served with a copy of plaintiff's motion to compel. Accordingly, the Court DIRECTS plaintiff to file a proof of service showing that defendant was served with a copy of the motion to compel. Plaintiff shall file said proof of service by November 8, 2017.

**IT IS SO ORDERED this 2nd day of November, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE