# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> COVENANT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Case No. 17-cv-1019-M |

## PROOF OF SERVICE

Pursuant to the Court's Minute Order of November 2, 2017 [Doc. No. 9], Twitter, Inc. ("Twitter") respectfully submits this Proof of Service and states as follows:

1. Defendant Covenant Financial Services, LLC ("CFS") is represented by attorney Samuel E. Joyner and the law firm at CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP concerning Twitter's subpoena to produce documents. *See* Declaration of Laura E. Miller, attached hereto as Exhibit 1.

2. On September 21, 2017, Twitter filed its Motion to Compel CFS to Produce Documents Pursuant to FED. R. CIV. P. 45 ("Motion to Compel"). [Doc. No. 1].

3. On September 21, 2017, a true and correct copy of Twitter's Motion to Compel was mailed via United States Mail, postage prepaid, to Mr. Joyner, as the attorney for CFS, to the listed mailing address for CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP. *See* Declaration of William W. O'Connor, attached hereto as Exhibit 2.

4. FEDERAL RULE OF CIVIL PROCEDURE 5(b)(1) requires that, when a party is represented by counsel, service must be made on the attorney. Service is complete upon mailing.

5. As of the date of this Proof of Service, the service copy of the Motion to Compel mailed to Mr. Joyner has not been returned as undeliverable. *See* Exhibit 2.

Respectfully Submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
**NEWTON, O'CONNOR, TURNER AND KETCHUM, PC**
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119
Telephone: (918) 587-0101
Facsimile: (918) 587-0102
boconnor@newtonoconnor.com
jirby@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR TWITTER, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of November, 2017, a true and correct copy of the foregoing document was served via U.S. Certified Mail, Return Receipt Requested, to:

Sam Joyner, Esq.
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202

Mark Howland, Esq.
CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP
901 Main Street, Suite 5500
Dallas, TX 75202-7211

**ATTORNEYS FOR COVENANT FINANCIAL SERVICES, LLC**

                                              s/William W. O'Connor
                                              William W. O'Connor