# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> COVENANT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Case No. 17-cv-1019-M |

## DECLARATION OF LAURA E. MILLER

I, Laura E. Miller, being of legal age, declare as follows:

1. I have personal knowledge of the following factual assertions and, if called upon to do so, I could and would testify competently concerning the same.

2. I am an attorney with the law firm DURIE TANGRI LLP, counsel of record to Twitter, Inc. ("Twitter"), in *Youtoo Techs., LLC v. Twitter, Inc.*, Case No. 16-cv-00764-N (N.D. Tex.).

3. Attached hereto as EXHIBIT A is a true and correct copy of an August 30–31, 2017 email chain between my colleague, Sonal N. Mehta, also counsel to Twitter, and Samuel E. Joyner, counsel for Covenant Financial Services, LLC and Youtoo Technologies, LLC. EXHIBIT A was submitted as EXHIBIT O to my declaration in support of Twitter's Motion to Compel, filed on September 21, 2017. [Doc. No. 1-2].

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2017, in San Francisco, California.

s/Laura E. Miller
Laura E. Miller

1

# EXHIBIT A

**From:** Samuel E. Joyner <SJoyner@CCSB.com>
**Sent:** Thursday, August 31, 2017 10:40 AM
**To:** Sonal Mehta
**Cc:** Service-Twitter-Youtoo; Service-Youtoo
**Subject:** RE: Covenant Financial Services

Sonal,

Yesterday, my firm was retained to protect Covenant Financial Services, LLC's legal rights and commercial interests with respect to Twitter's document subpoena (issued August 7, 2017). Covenant Financial Services, LLC is currently winding down, but it believes it can produce its non-privileged, responsive documents within the next 30 days. I'll be in touch next week, after I'm able to visit with my client about its documents.

All my best,
Sam


**Samuel E. Joyner**
Partner


CARRINGTON COLEMAN

D 214.855.3016 / C 214-923-1543 / F 214.758.3725
SJoyner@CCSB.com / ccsb.com / v-card

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main St / Suite 5500 / Dallas, TX 75202


**From:** Sonal Mehta [mailto:SMehta@durietangri.com]
**Sent:** Wednesday, August 30, 2017 3:48 PM
**To:** cheryl.hunter@holladaychilton.com; Samuel E. Joyner; Chijioke E. Offor; nicole.nash@holladaychilton.com; Service-Youtoo
**Cc:** Service-Twitter-Youtoo
**Subject:** Covenant Financial Services

Counsel:

Please let us know by tomorrow morning if either of your firms is representing Covenant Financial Services, LLC in connection with Twitter's subpoena dated August 7, 2017.

Best,

Sonal N. Mehta | Durie Tangri LLP | smehta@durietangri.com | (415) 376-6427

1

This electronic message is confidential and is intended only for the use of the individual to whom it is addressed. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use, dissemination, distribution or reproduction of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify me by electronic message or telephone at 214-855-3000, and delete the message from your system.

Carrington, Coleman, Sloman & Blumenthal, L.L.P.
www.carringtoncoleman.com