# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> COVENANT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Case No. 17-cv-1019-M |

## DECLARATION OF WILLIAM W. O'CONNOR

I, William W. O'Connor, being of legal age, declare as follows:

1. I have personal knowledge of the following factual assertions and, if called upon to do so, I could and would testify competently concerning the same.

2. I am an attorney with the law firm NEWTON, O'CONNOR, TURNER & KETCHUM P.C., counsel to Twitter, Inc. ("Twitter").

3. On September 21, 2017, I electronically filed via CM/ECF Twitter's Motion to Compel Covenant Financial Services, LLC ("CFS") to Produce Documents Pursuant to FED. R. CIV. P. 45 ("Motion to Compel").

4. On September 21, 2017, I also caused CFS to be served with the Motion to Compel. CFS was mailed, postage prepaid via United States mail, a true and correct copy of the Motion to Compel to CFS's attorney, Mr. Samuel E. Joyner, an attorney with the law firm CARRINGTON COLEMAN SLOMAN & BLUMENTHAL LLP with a mailing address of 901 Main Street, Suite 5500, Dallas, Texas 75202.

5. As of the date of this Declaration, neither I nor my firm has received the service copy returned as undeliverable or any other indication that it was not delivered as

1

addressed and mailed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2017, in Tulsa, Oklahoma.

s/William W. O'Connor
William W. O'Connor