# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TWITTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-17-1019-M |
| | ) |
| COVENANT FINANCIAL SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is plaintiff's Motion to Deem Motion to Compel Confessed, filed October 31, 2017. Pursuant to this Court's Order, on November 8, 2017, plaintiff filed its Proof of Service. Having reviewed plaintiff's motion and proof of service, the Court GRANTS plaintiff's Motion to Deem Motion to Compel Confessed [docket no. 8] and DEEMS plaintiff's Motion to Compel Covenant Financial Services, LLC to Produce Documents Pursuant to Fed. R. Civ. P. 45 confessed. Accordingly, the Court GRANTS plaintiff's Motion to Compel Covenant Financial Services, LLC to Produce Documents Pursuant to Fed. R. Civ. P. 45 [docket no. 1]. The Court hereby FINDS that defendant has waived all objections to the CFS Subpoena and ORDERS defendant Covenant Financial Services, LLC to immediately produce to plaintiff all responsive documents to the CFS Subpoena.

**IT IS SO ORDERED this 16th day of November, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE